Loma Linda University
Continuing Dental Education
11092 Anderson Street
Loma Linda, CA 92354
(909) 558-4685

# Invoice/Confirmation

Created on 01/19/2016

Sari Alqsous, DDS

1422 E. 15th St.

Cleaveland, OH

44114

*** THIS CONFIRMS YOUR REGISTRATIONS FOR THE FOLLOWING COURSES ***

**"2016 LLUSD & AAID Implant MaxiCourse® March"**

Centennial Complex - Centennial 4220 A

Start Time: Mar 17, 2016 @ 8:00 AM

Stop Time: Mar 18, 2016 @ 2:00 PM

Payment by: Sari Alqsous, DDS

Course Fee: $14,500.00

**Payments**

Jan 19, 2016 - visa - 5185 - $7,250.00


EXHIBIT A