IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-CR-00329 |
| Plaintiff, | : | JUDGE SARA LIOI |
| v. | : | |
| TARIQ SAYEGH, | : | |
| Defendant. | : | |

## SUPPLEMENTAL SENTENCING MEMORANDUM OF DEFENDANT TARIQ SAYEGH

Dr. Tariq Sayegh, through undersigned counsel, provides this memorandum for consideration by this Honorable Court, to supplement his sentencing memorandum filed on February 5, 2019.

Upon review of each of the sentencing memoranda filed by Dr. Sayegh's co-defendants, Dr. Sayegh concurs with and incorporates those arguments contained in his co-defendants' sentencing memoranda as they relate to issues pertaining to Dr. Sayegh's sentencing.

Wherefore, Dr. Sayegh respectfully requests that this Honorable Court accept this supplemental sentencing memorandum in its review.

Respectfully submitted,

*/s/ Richard H. Blake*
Richard H. Blake (0083374)
Jennifer D. Armstrong (0081090)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
216-348-5400 (Office)
216-348-5474 (Facsimile)
rblake@mcdonaldhopkins.com
jarmstrong@mcdonaldhopkins.com

{7903917: }

Murdoch Walker, II, Esq.
Ga. Bar # 163417
Lowther | Walker, LLC
101 Marietta St NW, Ste. 3325
Atlanta, GA 30303
O 404.496.4052 | M 843.540.7903
mwalker@lowtherwalker.com
http://www.lowtherwalker.com

Attorneys for Dr. Tariq Sayegh

## CERTIFICATE OF SERVICE

I certify that on February 7, 2019, I electronically filed the foregoing SUPPLEMENTAL SENTENCING MEMORANDUM with the Clerk of the United States District Court for the Northern District of Ohio, Eastern Division, by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: February 7, 2019

/s/ Richard H. Blake
Richard H. Blake (0083374)
rblake@mcdonaldhopkins.com

One of the Attorneys for Dr. Tariq Sayegh